IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL R. SEEHAFER

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   11-cv-777-bbc

MARATHON COUNTY and
JUDGE VINCENT K. HOWARD,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under Heck v. Humphrey, 512 U.S. 477 (1994).

_____    2/1/12
Peter Oppeneer, Clerk of Court       Date